UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SHADAY DELGADO,

                                Plaintiff,          Civil Action No. 1:26-cv-03504-AS
                                                      Date Filed: 04/29/2026

          -against-

                                                AFFIRMATION OF SERVICE

PLANNED PARENTHOOD OF GREATER
NEW YORK, INC.,

                                Defendants.

_____

State of New York)
                SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 8th day of May, 2026 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action, Complaint, Notice of Initial Pretrial Conference and Individual Practices in Civil Cases - Arun Subramanian, United States District Judge on **PLANNED PARENTHOOD OF GREATER NEW YORK, INC.** by delivering and leaving with Izeasha Miller, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of 40 Dollars.  That said service was pursuant to section 306 of the Not-for-Profit Corporation Law.

Affirmant further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant

Izeasha Miller is a black female, approximately 35 years of age, stands 5 feet 7 inches tall, weighs approximately 150 pounds with black hair.

I affirm this 8th day of May 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____

Jeffrey Teitel