UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SHADAY DELGADO,

Plaintiff,

Civil Case No. 1:26-cv-03504

-against-

PLANNED PARENTHOOD OF GREATER NEW YORK, INC.,

Defendant.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Charles B. Bergin, Esq. dated June 30, 2026, and the Exhibit annexed thereto and the accompanying Memorandum of Law in Support, Defendant Planned Parenthood of Greater New York Inc., by their attorneys Kaufman Dolowich LLP, will move this court before the Honorable Arun Subramanian, at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, New York 10007, on a date and time to be designated by the Court, for an Order (i) dismissing the Complaint in entirety; and (ii) granting all such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
June 30, 2026

KAUFMAN DOLOWICH LLP
*Attorneys for Defendant*

By: ______________________
Charles B. Bergin
245 Main Street, Suite 330
White Plains, New York 10601
(914) 470-0001
cbergin@kaufmandolowich.com

CC: All Counsel via ECF