UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHADAY DELGADO,

Plaintiff,

Civil Case No. 1:26-cv-03504

-against-

PLANNED PARENTHOOD OF GREATER NEW YORK, INC.,

Defendant.
-------------------------------------------------------------------X

**CHARLES B. BERGIN**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner and member of the law firm Kaufman Dolowich LLP, attorneys for Defendant Planned Parenthood of Greater New York, Inc. ("Defendant").

2. I respectfully submit this Affirmation in Support of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. For the reasons set forth herein and in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Amended Counterclaims, Plaintiff's Complaint should be dismissed in its entirety.

4. Attached as Exhibit A is a true and accurate copy of Plaintiff's EEOC Charge filed on or about July 1, 2024.

**WHEREFORE**, it is respectfully requested that this Court dismiss Plaintiff's Complaint and enter an Order granting all such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
June 30, 2026

KAUFMAN DOLOWICH LLP
*Attorneys for Defendant*

By: ______________________________
Charles B. Bergin
245 Main Street, Suite 330
White Plains, New York 10601
(914) 470-0001
cbergin@kaufmandolowich.com

CC: All Counsel via ECF