UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHADAY DELGADO,

Plaintiff,

-against-

PLANNED PARENTHOOD OF GREATER NEW YORK, INC.,

Defendant.

26-CV-3504 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of defendant's motion to dismiss filed on August 3, 2026, Dkt. 22, the defendant's earlier-filed motion to dismiss, Dkt. 12, is hereby DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge