PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NEWYORKCITYDISCRIMINATIONLAWYER.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

August 14, 2026

**<u>Via ECF</u>**
**The Honorable Arun Subramanian**
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re: Shaday Delgado v. Planned Parenthood of Greater New York, Inc.**
**Case No.: 26-cv-03504**

Dear Judge Subramanian:

We represent Plaintiff in the above-referenced matter. We write Your Honor, in conjunction with the Defendant, to request a stay of discovery, as well as all deadlines from the Case Management Plan and Scheduling Order, until after Your Honor's decision on Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

This is the Parties' first request for a stay of discovery. As the Court is aware, on August 3, 2026, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff's Opposition is due on August 17, 2026 and Defendant's Reply, if any, is due on August 24, 2026. Nevertheless, per the Management Plan and Scheduling Order, first requests for production of documents and interrogatories are due by August 14, 2026, paper discovery and depositions are due by December 4, 2026, and summary judgment motions are due by January 15, 2027. However, the Court may ultimately dismiss all, or some of Plaintiff's claims, and the current scheduling order would require the Parties to perform discovery on all claims, during the pendency of Defendant's motion.

Accordingly, the Parties believe that a stay will help narrow the relevant issues for discovery and preserve judicial resources. We appreciate Your Honor's attention to this matter.

GRANTED.

Discovery, as well as all deadlines from the Case Management Plan and Scheduling Order, are hereby stayed pending the Court's decision on the motion to dismiss, *see* Dkt. 22.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 17, 2026

Respectfully submitted,

**Phillips & Associates, PLLC**
*Attorneys for Plaintiff*

By: <u>*/s/ Gregory Kirschenbaum*</u>
Gregory W. Kirschenbaum, Esq.

cc: Defendant's Attorney of Record (Via ECF)