UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SHADAY DELGADO,

Plaintiff,

-against-

PLANNED PARENTHOOD OF GREATER NEW YORK, INC.,

Defendant.

----------------------------------------------------------------X

Case No.: 26-cv-03504-AS

**DECLARATION OF GREGORY W. KIRSCHENBAUM, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Gregory W. Kirschenbaum, am an attorney duly admitted to practice law before the United States District Court for the Southern District of New York, and affirm the truth of the following under the penalties of perjury:

1. I am a Partner at Phiillips & Associates, PLLC, attorneys for the Plaintiff in the above-entitled action. As such, I am fully familiar with the facts and circumstances contained herein.

2. I submit this Declaration in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

3. Attached hereto as "**Exhibit A**" is a true and correct copy of Plaintiff, Shaday Delgado's Affidavit, dated August 14, 2026.

4. Attached hereto as "**Exhibit B**" is a true and correct copy of Plaintiff's EEOC Charge of Discrimination and Complaint.

I declare under penalty of perjury that the foregoing is true and correct and was executed on this 17th day of August, 2026 in New York, New York.

Dated: August 17, 2026
New York, New York

**Phillips & Associates, PLLC**
*Attorneys for Plaintiff*

By: */s/ Gregory Kirschenbaum*
Gregory W. Kirschenbaum, Esq.
45 Broadway, 28th Floor
New York, New York 10006
(212) 248-7431